Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANTONIO FAHIE,

               Petitioner,

        v.

CHERYL PLILER,

               Respondent.

)
)
)
)
)
)
)
)
)

Case No. CV 05-8135 PSG(JC)

(PROPOSED)

JUDGMENT

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED:  September 26, 2008

_____

HONORABLE PHILIP S. GUITERREZ
UNITED STATES DISTRICT JUDGE